DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BENJAMIN F. CROSBY,**
Appellant,

v.

**PALM BEACH COUNTY, FLORIDA,**
Appellee.

No. 4D2024-3272

[July 2, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Gerard Joseph Curley Jr., Judge; L.T. Case Nos. 502023CA010788XXXXMB; 502023CA010792XXXXMB; and 502023CA012062XXXXMB.

Benjamin F. Crosby, III, Carriere, Mississippi, pro se.

Sean Fahey, Assistant County Attorney, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., SHEPHERD and LOTT, JJ., concur.

\*      \*      \*

***Not final until disposition of timely-filed motion for rehearing.***